Rose Jeromer, Respondent, v. Joseph Lotsch, Appellant, Impleaded with Others, Defendants. Anna Herzka, Respondent, v. Joseph Lotsch, Appellant,

Impleaded with Others, Defendants.— Orders unanimously reversed, with twenty dollars costs and disbursements, and the motions granted. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.